UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BECK, et al.,

              Plaintiff(s),

    v.

THE BOEING CO., et al.,

              Defendant(s).

NO. C00-301P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

On November 18, 2005, Cindy Mumford, a member of the Plaintiff class in the above-entitled case, filed a request with this Court that her settlement amount be distributed directly to her instead of her trustee in bankruptcy (Dkt. No. 1077).  Based on the representations contained in Plaintiffs' Reply Brief and Notice of Filing Revised Exhibit D (Dkt. Nos. 1078, 1079), the Court GRANTS Ms. Mumford's request and orders that her portion of the settlement funds be distributed directly to her.

Filed this 28th day of November, 2005.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER