Hon. Marsha J. Pechman
Plaintiffs' Motion No. _53_

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR - 1 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

00-CV-00301-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY BECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. C00-0301P <br><br> [PROPOSED] ORDER RE SUPPLEMENTAL AWARD OF ATTORNEYS FEES AND FOR REIMBURSEMENT COSTS <br><br> Noted for ___ |

Pursuant to the terms of the Consent Decree entered by this Court on October 8, 2004, plaintiffs have requested that the Court approve the payment of various litigation expenses, costs and expenses incurred in implementing and monitoring the settlement, and attorneys fees regarding the same. The Court hereby grants plaintiffs' motion and authorizes the Settlement Services, Inc. – which holds various sums in trust – to pay the below-noted amounts to the following entities:

| | | |
|---|---|---|
| **McNaul Ebel Nawrot & Helgren** | | $44,160.22 |
| Attorneys Fees | $42,600.00 | |
| Costs Reimbursement | $1,560.22 | |
| **Cohen Milstein, Hausfeld & Toll** | | $15,473.56 |
| Attorneys fees | $15,128.75 | |
| Costs Reimbursement | $344.81 | |

[PROPOSED] ORDER RE SUPPLEMENTAL AWARD
OF ATTORNEYS FEES AND FOR
REIMBURSEMENT COSTS (No. C00-0301P) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | | |
|---|---|---|
| 1 | Settlement Services, Inc. | $20,614.22 |

Any further requests for reimbursement of attorneys fees and costs will be addressed in future motions.

DATED: ~~February~~ March 1, 2007.

_____
Marsha J. Pechman

Presented by:

By: /s/ Michael D. Helgren
Michael D. Helgren, WSBA No. 12186
McNaul Ebel Nawrot & Helgren, PLLC
600 University Street, Suite 2700
Seattle, WA 98101-3143

By: /s/Christine E. Webber
Joseph M. Sellers
Christine E. Webber
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Attorneys for Plaintiffs

Read and approved by:

By: Maureen O'Neill
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street N.E., Suite 2400
Atlanta, GA 30308-2222

1285-003 sq5210 2/19/07

[PROPOSED] ORDER RE SUPPLEMENTAL AWARD
OF ATTORNEYS FEES AND FOR
REIMBURSEMENT COSTS (No. C00-0301P) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816