___FILED   ___ENTERED
___LODGED  ___RECEIVED

JUN 6 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Hon. Marsha J. Pechman
Plaintiffs' Motion No. 54

00-CV-00301-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARY BECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. C00-0301P <br><br> ▉▉▉▉▉ ORDER RE PLAINTIFFS' MOTION NO. 54 <br><br> Noted for May 30, 2008 |

This Court has reviewed the materials submitted by all the parties pertaining to plaintiffs' Motion No. 54 pertaining to, among other things, the final distribution of settlement sums and earned interested to the class, their attorneys, and the *cy pres* recipient. Based on those materials, this Court grants plaintiffs' Motion No. 54 and the sums in the possession of Settlement Services, Inc. shall be distributed in accordance with the relief sought in that motion.

DATED this __5__ day of __June__ 2008.

_____
Judge Marsha J. Pechman

▉▉▉▉ ORDER RE PLAINTIFFS' MOTION NO. 54
(No. C00-0301P) -- Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Presented by:

By: /s/Michael D. Helgren
   Michael D. Helgren, WSBA No. 12186
   McNaul Ebel Nawrot & Helgren, PLLC
   600 University Street, Suite 2700
   Seattle, WA 98101-3143

By: /s/Christine E. Webber
   Joseph M. Sellers
   Christine E. Webber
   COHEN, MILSTEIN, HAUSFELD
     & TOLL, P.L.L.C.
   1100 New York Avenue, N.W.
   West Tower, Suite 500
   Washington, DC 20005

Read and approved by:

By: /s/Maureen O'Neill
   Paul, Hastings, Janofsky & Walker LLP
   600 Peachtree Street N.E., Suite 2400
   Atlanta, GA 30308-2222

[PROPOSED] ORDER RE PLAINTIFFS' MOTION NO. 54
(No. C00-0301P) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1285-003 ue072104 5/7/08