___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 6 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Hon. Marsha J. Pechman
Plaintiffs' Motion No. 54

00-CV-00301-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MARY BECK, et al.,

    Plaintiffs,

v.

THE BOEING COMPANY,

    Defendant.

No. C00-0301P

[████████] ORDER RE PLAINTIFFS' MOTION NO. 54

Noted for May 30, 2008

This Court has reviewed the materials submitted by all the parties pertaining to plaintiffs' Motion No. 54 pertaining to, among other things, the final distribution of settlement sums and earned interested to the class, their attorneys, and the *cy pres* recipient. Based on those materials, this Court grants plaintiffs' Motion No. 54 and the sums in the possession of Settlement Services, Inc. shall be distributed in accordance with the relief sought in that motion.

DATED this __5__ day of __June__ 2008.

*/s/ Marsha J. Pechman*
Judge Marsha J. Pechman

[████████] ORDER RE PLAINTIFFS' MOTION NO. 54
(No. C00-0301P) -- Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1  Presented by:
   By: /s/Michael D. Helgren                By: /s/Christine E. Webber
2      Michael D. Helgren, WSBA No. 12186       Joseph M. Sellers
       McNaul Ebel Nawrot & Helgren, PLLC       Christine E. Webber
3      600 University Street, Suite 2700        COHEN, MILSTEIN, HAUSFELD
4      Seattle, WA 98101-3143                      & TOLL, P.L.L.C.
                                                1100 New York Avenue, N.W.
5                                               West Tower, Suite 500
                                                Washington, DC 20005
6
   Read and approved by:
7
   By: /s/Maureen O'Neill
8      Paul, Hastings, Janofsky & Walker LLP
       600 Peachtree Street N.E., Suite 2400
9      Atlanta, GA 30308-2222

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE PLAINTIFFS' MOTION NO. 54
(No. C00-0301P) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1285-003 ue072104 5/7/08